UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BRIGHT HEAD LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-404 |

**NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff BRIGHT HEAD LLC, by and through its undersigned attorney, declares that BRIGHT HEAD LLC, has no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: January 23, 2026

Respectfully Submitted,

*/s/ Joseph Hooper*
Joseph Hooper, WDTX #77011
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: (913) 499-1284
jhooper@avekip.com
*Attorney for Plaintiff*

1