UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BRIGHT HEAD LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-404 |

## ORDER GRANTING MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

Before the Court is the Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), filed by Plaintiff Bright Head LLC on January 23, 2026.

After careful consideration, the Court is of the opinion that Plaintiff has shown good cause to serve Defendants via email pursuant to Federal Rule of Civil Procedure 4(f)(3). The motion shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) is GRANTED such that Plaintiff is permitted to serve Defendants all documents in this case via email.

It is so ORDERED.

SIGNED this ___ day of January, 2026.

_____
United States District Judge