AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| BRIGHT HEAD LLC<br>*Plaintiff*<br>v.<br>The Individuals et al<br>*Defendant* | )<br>)<br>) Case No. 26-cv-404<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bright Head LLC.

Date:   01/26/2026

/s/ Joseph P. Hooper
*Attorney's signature*

Joseph P. Hooper, WDTX #77011
*Printed name and bar number*

AVEK IP
7285 W. 132nd St., Ste. 340
Overland Park, KS 66213
*Address*

jhooper@avekip.com
*E-mail address*

(913) 499-1284
*Telephone number*

(913) 549-4646
*FAX number*