IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRIGHT HEAD LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-00404-FB |
| | § | |
| THE INDIVIDUALS, CORPORATIONS, | § | |
| LIMITED LIABILITY COMPANIES, | § | |
| PARTNERSHIPS, and UNINCORPORATED | § | |
| ASSOCIATES IDENTIFIED ON | § | |
| SCHEDULE A, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**
**OF PROCESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

Before the Court is the Motion for Alternative Service (ECF No. 4) of process pursuant to Fed. R. Civ. P. 4(f)(3), filed by Plaintiff Bright Head LLC on January 23, 2026. After careful consideration, the Court is of the opinion that Plaintiff has shown good cause to serve Defendants via email pursuant to Federal Rule of Civil Procedure 4(f)(3). The motion shall be granted.

However, a review of the motion reflects that it does not include a proposed order. Counsel for Plaintiff is reminded that "a proposed order is required for all discovery and case management motions." W.D. Tex. Civ. R. CV-7(f).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Alternative Service (ECF No. 4) is GRANTED such that Plaintiff is permitted to serve Defendants all documents in this case via email.

It is so ORDERED.

SIGNED this 27th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE