IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRIGHT HEAD LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-00404-FB |
| | § | |
| THE INDIVIDUALS, CORPORATIONS, | § | |
| LIMITED LIABILITY COMPANIES, | § | |
| PARTNERSHIPS, and UNINCORPORATED | § | |
| ASSOCIATES IDENTIFIED ON | § | |
| SCHEDULE A, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING PLAINTIFF'S MOTIONS FOR LEAVE TO FILE MOTIONS FOR TEMPORARY RESTRAINING ORDER UNDER SEAL**

Before the Court are the Motion(s) for Leave to File Under Seal, filed by Plaintiff Bright Head LLC. (ECF. Nos. 7 & 10). Plaintiff seeks to file its motion for temporary restraining order (ECF No. 6) and corrected motion for temporary restraining order (ECF No. 9) under seal. After careful consideration, the Court is of the opinion that the motions should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion(s) for Leave to File Under Seal (ECF Nos. 7 & 10) are GRANTED such that Plaintiff's Motion for Temporary Restraining Order (ECF No. 6), and Plaintiff's Corrected Motion for Temporary Restraining Order (ECF No. 10) shall be filed under seal.

It is so ORDERED.

SIGNED this 27th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE