# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| BRIGHT HEAD LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, or UNINCORPORATED ASSOCIATE IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | **Case No.: SA-26-CV-00404-FB**<br><br>**Judge Fred Biery**<br><br>**JURY TRIAL DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the undersigned counsel for Plaintiff Bright Head LLC ("Plaintiff") hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendant(s):

| Def. No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 43 | Foshan Hansu Trading Co., Ltd. | Amazon | A1W2XBGL4NEXUB |

1

DATED: February 19, 2026                    Respectfully submitted,


                                            /s/ Sameeul Haque_____
                                            Sameeul Haque (Admitted, Pro Hac Vice)
                                            samee@h3lp.law
                                            Haque III Legal Practice, LLC
                                            205 N. Michigan Ave., Ste. 810
                                            Chicago, IL 60601
                                            T: 847.401.6113
                                            Allen Justin Poplin, #21598
                                            AVEK IP, LLC
                                            7285 W. 132nd Street, Suite 340
                                            Overland Park, KS 66213
                                            Phone: 913-303-3841
                                            jpoplin@avekip.com

                                            *Counsel for Plaintiff,*
                                            *Bright Head LLC*