# EXHIBIT A

| Def. No. | Seller Name | Seller ID | Email |
|---|---|---|---|
| 1 | Foshanshi Kaxianna Meirong Youxiangongsi | A1Q87PTHHEL5LD | guanliqing666@163.com |
| 2 | foshanshibanjiezhuangshicailiao co., Ltd | A2R2IS6HV94LAE | peng_ziye@163.com |
| 3 | Intentionally Omitted | | |
| 4 | guang zhou yi yuan mao yi you xian gong si | ABA9HPEVVGMZJ | usblue2021@163.com |
| 5 | minhouxinhaishangwuyouxiango ngsi | A2LPMME3W0VKPM | lin77771106@163.com |
| 6 | nanjingjiaolinglanpaidianzishang wuyouxiangongsi | A1FSH9Q81GFJGM | lingjun0928@126.com |
| 7 | shantou shi xi niao huwai yong pin you xian gongsi | A3EQVUMZPYRPEP | zlangsports@hotmail.com |
| 8 | shanxijinxiangyiyoudianzishangw uyouxiangongsi | A23ECU04PSA9PI | sxjyyymeiguo@yeah.net |
| 9 | shanxizhengjiweiyegongmaoyoux iangongsi | A25PW1U6G8QPKQ | zhjwyus@sina.com |
| 10 | shen zhen shi he sheng jing ke ji you xian gong si | AC5KWMJ1OM9SZ | heshengjingkeji@163.com |
| 11 | Intentionally Omitted | | |
| 12 | shenzhenhaixuntongdianzikejiyou xiangongsi | A3VDOATXXQ1F42 | yongqinzheng@outlook.com |
| 13 | shenzhenshicaiguanghemaoyiyou xiangongsi | AF8T4I6ZDJYBP | 1425486734@qq.com |
| 14 | shenzhenshisuolandidianzishang wuyouxiangongsi | A1IKOB545SR8QF | wlbmeiguo2021@163.com |
| 15 | Shenzhenshixipeipeimaoyiyouxia ngongsi | A11J2OMY8021B4 | xipeipei12300@163.com |
| 16 | suzhouanxinjiajiajuyouxiangongs i | A20DKWQF438DQ0 | love20160820@sohu.com |
| 17 | weiqing | AQ45YB5VP78CK | weiqing295257@163.com |
| 18 | Zhuji Thousand Dream Trade Co.,Ltd | ALPKYSW9BHYDY | goldseaside@outlook.com |
| 19 | LAKUMIQI-US / Woot Inc. | A1KWJVS57NX03I | |
| 20 | Vrennozi Store | A1C5PTVNA4Q82J | isavrenozi279@gmail.com |
| 21 | Fan rice | A1N8K6WSYZ4VMA | lozzivrbicam@hotmail.com |
| 22 | Intentionally Omitted | | |
| 23 | Intentionally Omitted | | |
| 24 | COSOOS | A3W36I5V2U0XU9 | 526503464@qq.com |
| 25 | Eatelsin | A3OFX8JEG0S3Y | eatelsinsupport@163.com |
| 26 | YYNUO-US | A7ZL7ZVEI4D0K | yynuous@163.com |
| 27 | smiling shark | A3L362Z847UVPO | 2938406874@qq.com |
| 28 | Newstyle US | A3B6QCW0ED57EZ | 499157097@qq.com |
| 29 | Centuryhome | A2I162L2CN8JGE | 2863641851@qq.com |
| 30 | lexitaUS | A2FHHR74MUALJW | lexitaus@163.com |
| 31 | Furniou US | A2VQT9ZSIHAFP3 | amzokingarmlt@outlook.com |
| 32 | Luomo-t | A34FO8ZPP4K4R0 | deemind1957@outlook.com |
| 33 | MAXME100 | A2CTPLJL4IPHCA | annvination100@outlook.com |
| 34 | Know White | A3HRVLM7EC860X | us@knowhite.com |
| 35 | Xflyee LLC | A30FA77HXYYBRK | xflyeellc@hotmail.com |
| 36 | ZhuHaiWeiNuoSiMaoYiYouXia nGongSi | A11DR6DJ107VME | chujun5510@163.com |
| 37 | guiyang rui da dian zi shang wu you xian gong si | A14HHRZ0GLVUJM | ruida.us@outlook.com |
| 38 | Intentionally Omitted | | |

| Def. No. | Seller Name | Seller ID | Email |
|---|---|---|---|
| 39 | Shenzhenshi Yuguoguanggaochuanmeiyouxian gongsi | A1PLESRPRBVDL7 | hugoad.us@outlook.com |
| 40 | YOUSHUWUHANDIANZISHA NGWUYOUXIANGONGSI | A1PS7HDZFF1WZ7 | youshu_uk@163.com |
| 41 | suqiansuhangdianzishangwuyoux iangongsi | A1T3VGLA8XFY74 | 3759243178@qq.com |
| 42 | Shenzhen Hexingfeng Packaging Material Co., LTD | A1UBF10JTOBJQD | hexingfengus@163.com |
| 43 | DISMISSED | DISMISSED | DISMISSED |
| 44 | shenzhenfeixuankejiyouxiangong si | A2FF65TIAO81VL | szfxkjbm@yeah.net |
| 45 | zhuzhoushi hongwangfu diazishangwu youxiangongsi | A2IUD4JH89SNKZ | qq289717667@163.com |
| 46 | shenzhenshiweihongkejiyouxiang ongsi | A2N9BF8K6MAGO0 | 18926505558@163.com |
| 47 | zhang ligeng | A31MHMN3GAX4QP | 695660664@qq.com |
| 48 | hefeichanglieshangmaoyouxiango ngsi | A325AWMY0OIFHF | changlietrading@outlook.com |
| 49 | Shenzhen Xinghuoliaoran Technology Co., Ltd. | A34FB722RTTDL5 | amazon@sevenka.com |
| 50 | Intentionally Omitted | | |
| 51 | ZhengZhouQingYiNuoWangLuo KeJiYouXianGongSi | A3B4IFHO9SN25C | qiaoshuyun9@outlook.com |
| 52 | guiyangwanlaifengdianzishangwu youxiangongsi | A3BXIO1AWQ6GZ7 | wlfdzsw@outlook.com |
| 54 | juxianwangluokejijinanyouxiango ngsi | A3GY7E7VZFCM6K | juxianwangluokeji@163.com |
| 55 | Xiamen tengyuxuan maoyiyouxiangongsi | A3N8U7DBVZ2I42 | tyuxuan1011@126.com |
| 56 | dong guan shi zhu ju liang pin zhuang shi cai liao | A3NICKV140RXIX | ershen0808@163.com |
| 57 | Bozhou Ensheng E-commerce Co.Ltd | A3V062JB4F3E95 | tuborgo_us@126.com |
| 60 | guangzhoudaizhumaoyiyouxiang ongsi | AZTIYJJ2A6Q1H | yangsheng19@outlook.com |